1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

STEVEN LEWIS, individually; and
3SD S-CORP, a California Corporation,

     Plaintiffs,

     vs.

FC FOODS LLC, a Utah Limited
Liability Company D/B/A JULIA'S
TABLE, and DOES 1 through 10,
inclusive,

     Defendants.

Case No. 8:21-cv-00785-JLS

**ORDER ON JOINT STIPULATION
FOR DISMISSAL PURSUANT TO
F.R.CIV.P. 41 (a)(1)(A)(ii)**

**ORDER**

Pursuant to the Joint Stipulation for Dismissal, this Court orders as follows:

1.     This action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 26, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28